**Order entered January 20, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00064-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**RYAN SCHULLER, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90021-U**

## ORDER

The Court has received the State's notice of appeal from the trial court's order granting appellee's article 11.072 application for writ of habeas corpus. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, the clerk's record containing all the documents related to the pretrial application for writ of habeas corpus, including the trial court's written order ruling on the application for writ of habeas corpus.

We **ORDER** Cheryl Dixon, official court reporter of the 291st Judicial District Court, to file or coordinate the filing, within **FIFTEEN DAYS** of the date of this order, of the reporter's record from the hearing on the pretrial application for writ of habeas corpus.

The State's brief is due by **FEBRUARY 23, 2015**.  Appellee's brief is due by **MARCH 9, 2015**.  If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief.  *See* TEX. R. APP. P. 31.1.

The appeal will be submitted, without argument, on **April 24, 2015** to a panel consisting of Justices Francis, Lang-Miers, and Whitehill  *See* TEX. R. APP. P. 31.2, 39.1.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Cheryl Dixon, official court reporter, 291st Judicial District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE